[No. C. D. 1178. *En Banc.* October 17, 1929.]

*In the Matter of the Disbarment of* WALTER G.
KIENSTRA.[1]

*Charles E. Claypool* and *Walter G. Kienstra,* for accused.

*The Attorney General* and *L. B. Donley, Assistant,* for the state.

## ON REHEARING.

PER CURIAM.—In due time after the decision in this case, reported in 151 Wash. 424, 276 Pac. 294, a petition for a rehearing was filed and granted. The case was reargued before the court *En Banc* on October 1, 1929, and upon due consideration by the court, a majority of the judges are of the opinion that the minority opinion as contained in that decision should prevail;

Wherefore, it is ordered and adjudged that Walter G. Kienstra be and he is hereby suspended from the practice of law for one year from the date of the filing of this opinion.

[1]Reported in 282 Pac. 221.